UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Joshua Harris, | File No. 23-cv-170 (ECT/TNL) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Ramsey County's A.D.C. and District Court Judge Stephenson, *Ramsey County*, | |
| Defendants. | |

---

Magistrate Judge Tony N. Leung issued a Report and Recommendation on April 25, 2023. ECF No. 16. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 16] is **ACCEPTED**; and

2. The Amended Complaint's claims against Defendant "Judge Stephenson" are **DISMISSED WITH PREJUDICE**, and the action is otherwise **DISMISSED WITHOUT PREJUDICE**;

3. Plaintiff's motion to dismiss "all court cases" [ECF No. 2], his applications to proceed in district court without prepaying fees or costs [ECF Nos. 5, 7, and 8], and his motion for default judgment [ECF No. 12] are **DENIED** as moot;

4.  Plaintiff is ordered to pay the unpaid balance—here, $350.00—of this action's statutory filing fee in the manner prescribed by 28 U.S.C. § 1915(b)(2), and the Clerk of Court shall provide notice of this requirement to authorities at the institution where Plaintiff is confined.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 31, 2023                             s/ Eric C. Tostrud
                                                Eric C. Tostrud
                                                United States District Court